THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE KOVACS | : | CIVIL ACTION |
| v. | : | |
| | : | 17-5216 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | : | |

## ORDER

AND NOW, this 1st day of February 2019, upon careful and independent consideration, the record does not contain substantial evidence to support the ALJ's findings. As a result, this action must be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. Judgement is entered REVERSING the decision of the Commissioner of Social Security for the purposes of this remand only and the relief sought by Plaintiff is GRANTED to the extent that the matter is REMANDED for further proceedings consistent with this adjudication; and

3. The clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

WENDY BEETLESTONE, J.